UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 09-CR-26-bbc

HAKEEM STEVENS,

    Defendant.

## ORDER FOR RELEASE

The U.S. Probation Office having advised the court that an appropriate residence has been approved for the defendant,

IT IS ORDERED that defendant be released on December 23, 2011, pending his revocation hearing at 1:00 p.m. on January 3, 2012.

It is furtherer ordered that all previous imposed conditions of supervised release remain in place.

Dated this 22nd day of December, 2011.

    BY THE COURT:

    _____
    PETER OPPENEER
    Magistrate Judge